UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                       :

MILAGROS SENIOR, *on behalf of herself and all others*  :
*similarly situated*,                                              :

                              Plaintiff,                        :            24-CV-220 (JMF)

                  -v-                                 :            <u>ORDER</u>

PACIFIC LUTHERAN UNIVERSITY,                 :

                              Defendant.                    :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

       SO ORDERED.

Dated: January 12, 2024                            _____
      New York, New York                           JESSE M. FURMAN
                                                     United States District Judge