UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILAGROS SENIOR, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

v.

PACIFIC LUTHERAN UNIVERSITY,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-220

**NOTICE OF VOLUNTARY DISMISSAL**

     Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, PACIFIC LUTHERAN UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       April 2, 2024

                                                                **GOTTLIEB & ASSOCIATES PLLC**

                                                                 _/s/Michael A. LaBollita, Esq._

                                              Michael A. LaBollita, Esq., (ML-9985)
                                                       150 East 18th Street, Suite PHR
                                                                  New York, NY 10003
                                                                     Phone: (212) 228-9795
                                                                        Fax: (212) 982-6284
                                                                   Michael@Gottlieb.legal

                                                                  _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge
April 3, 2024